**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  NICOLAS A. ARMON & NICOLLE K. ARMON           Case Number: 06-71682
4110 ASHWINTON WAY                      SSN-xxx-xx-3873 & xxx-xx-1923
ROCKFORD, IL  61109

Case filed on:     9/15/2006
Plan Confirmed on:  2/23/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,980.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 003 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | NICOLAS A. ARMON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HOMECOMINGS FINANCIAL | 16,753.22 | 4,396.55 | 4,396.55 | 0.00 |
|  | Total Secured | 16,753.22 | 4,396.55 | 4,396.55 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 5,403.39 | 5,403.39 | 17.78 | 0.00 |
| 004 | ALLIANCE ONE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ARROW FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAVALRY PORTFOLIO SERVICES LLC | 711.76 | 711.76 | 2.34 | 0.00 |
| 007 | PORTFOLIO RECOVERY ASSOCIATES | 961.22 | 961.22 | 3.16 | 0.00 |
| 008 | ENCORE RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,076.37 | 7,076.37 | 23.28 | 0.00 |
|  | Grand Total: | 26,829.59 | 14,472.92 | 7,419.83 | 0.00 |

Total Paid Claimant:      $7,419.83
Trustee Allowance:        $560.17           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.33          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/30/2008          By  /s/Heather M. Fagan